528 A.2d 576

**In re Appeal of Arthur SHORE from the Decision of the Board of Supervisors of Solebury Township Denying Request for Curative Amendment.**

**No. 44 Appeal Docket 1986.**

Supreme Court of Pennsylvania.

Dec. 1, 1986.

## ORDER

PER CURIAM.

The order of Commonwealth Court, 91 Pa.Cmwlth. 7, 496 A.2d 876, is vacated and the case remanded to that court for reconsideration in light of *Fernley v. Board of Supervisors of Schuylkill Township*, 509 Pa. 413, 502 A.2d 585 (1985).

McDERMOTT and ZAPPALA, JJ., dissent.